```
1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   ANDREW J. BRIGGS (CABN 294224)
    Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Andrew.Briggs@usdoj.gov
8
9   Attorneys for United States of America
```

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, | ) CASE NO. CR 19-364 JD |
| 14 | Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) SENTENCING HEARING |
| 15 | v. | ) |
| 16 | JASON CARL KNECHT, | ) |
|    | a/k/a Jasen Knecht, | ) |
| 17 | a/k/a Jason Knecht, | ) |
|    | a/k/a Jasen Boris Knecht, | ) |
| 18 | a/k/a Jason K Knecht, | ) |
|    | a/k/a Jasen Karl Knecht, | ) |
| 19 | a/k/a Jasen Kneckt, | ) |
|    | a/k/a Jasen Bordis Knecht, | ) |
| 20 | | ) |
|    | Defendant. | ) |
| 21 | | ) |

22    The above-entitled matter is currently scheduled for March 18, 2020 at 10:30 a.m. for Sentencing

23 Hearing.  Counsel for the government anticipates beginning a two week-long jury trial with the

24 Honorable Jon S. Tigar in Oakland on March 16, 2020 and will be unavailable for the March 18, 2020

25 Sentencing Hearing.  Accordingly, the government and counsel for the defendant stipulate and agree to

26 continue the March 18, 2020 Sentencing Hearing to April 1, 2020 at 3:00 p.m.  The government and

27 counsel for the defendant have verified with Courtroom Deputy Lisa Clark that April 1, 2020 at 3:00

28

STIPULATION AND [PROPOSED] ORDER            1
CR 19-364 JD

p.m. is available.  U.S. Probation Officer Brian Casai is aware of the proposed continuance and is available on April 1, 2020 at 3:00 p.m.

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: February 13, 2020

/s/
HANNI FAKHOURY
Assistant Federal Public Defender
Attorney for Jason Carl Knecht

Dated: February 13, 2020

/s/
ANDREW J. BRIGGS
Special Assistant United States Attorney
Attorney for the United States

**ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the Sentencing Hearing currently scheduled for March 18, 2020 at 10:30 a.m. to April 1, 2020 at 3:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 26, 2020

HONORABLE JAMES DONATO
United States District Judge

STIPULATION AND [PROPOSED] ORDER         2
CR 19-364 JD